**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Master Docket Case No. 1:23-cv-00818<br>Honorable Mary M. Rowland |
| **JUANITA TUBBS**<br><br>v.<br><br>**BEAUTY BELL ENTERPRIPSES LLC f/k/a HOUSE OF CHEATHAM, INC., GODREJ SON HOLDINGS, INC., HOUSE OF CHEATHAM, LLC., L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., LUSTER PRODUCTS, INC., REVLON CONSUMER PRODUCTS CORPORATION, REVLON GROUP HOLDINGS, LLC, REVLON, INC., SOFTSHEEN-CARSON LLC., SOFTSHEEN-CARSON (W.I.), INC., STRENGTH OF NATURE, LLC., CHAPMAN PRODUCTS COMPANY, INC., KENRA PROFESSIONAL, LLC. d/b/a ELUCENCE PRODUCTS.** | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)**<br><br>Civil Action No. 1:23-cv-12696 |

PLEASE TAKE NOTICE,

COME NOW the Plaintiff, Juanita Tubbs, by and through counsel of record, and pursuant to Fed. R. Civ. P. 41(a) voluntary dismisses her claims in the above-captioned matter against Defendant Chapman Products Company, Inc. and Kenra Professional, LLC d/b/a Elucence Products without prejudice with each party to bear its own fees and costs. Plaintiff will proceed with her claims against the remaining Defendants above.

Dated this the 26th day of March, 2024.

RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFF(S),

Navan Ward Jr.

Navan Ward, Jr. (AL Bar No.: 9527-A57W)
Aigner Kolom (AL Bar No.: 9984-N79G)
Ryan Beattie (AL Bar No.: 2368-G15K)
David Dearing (AL Bar No.: 9990-L39C)
Matthew P. Teague (AL Bar No.: 5085-W72T)
Frank Woodson (AL Bar No.: 0479-N66E)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Overlook II
2839 Paces Ferry Road, SE, Suite 400
Atlanta, Georgia 30339
Phone: (800) 898-2034
Facsimile: (334) 954-7555
Email: navan.ward@beasleyallen.com
Email: aigner.kolom@beasleyallen.com
Email: ryan.beattie@beasleyallen.com
Email: david.dearing@beasleyallen.com
Email: matt.teague@beasleyallen.com
Email: frank.woodson@beasleyallen.com

*Attorney for Plaintiff*